**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH DAKOTA**

| | | |
|---|---|---|
| CHEYENNE RIVER SIOUX TRIBE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 5:26-cv-5051 |
| v. | ) | |
| | ) | **PROPOSED STIPULATED ORDER** |
| UNITED STATES FOREST SERVICE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Having met and conferred, the parties agree to the following:

1.      On May 7, 2026, Pete Lien & Sons, Inc. ("PLS") notified the United States Forest Service ("USFS") of its withdrawal of the Plan of Operations for the Pete Lien & Sons Rochford Mineral Exploratory Drilling Project. *See* Exhibit A (PLS Letter to USFS dated May 7, 2026). PLS notified the USFS that it "does not intend to apply for another CE or file another Plan of Operations for exploratory drilling at this site." *Id.* PLS notified the USFS that it "stands willing and able to perform all reclamation at the site." *Id.*

2.      On May 13, 2026, the USFS notified PLS of the outstanding reclamation activities that PLS must perform at the site. *See* Exhibit B (USFS Letter to PLS dated May 13, 2026). The USFS informed PLS that it would withdraw its February 27, 2026, Decision Memo ("Decision"), which approved the Plan of Operations and authorized the Project, once reclamation has been completed to the satisfaction of the USFS. *Id.*

3.      Reclamation cannot currently proceed due to the Court's Temporary Restraining Order ("TRO") issued on May 5, 2026, Dkt. No. 21.

4.      Because the U.S. Forest Service has not yet withdrawn or modified the Decision, the parties agree that the TRO should be converted to this Proposed Stipulated Order precluding exploratory drilling and mining activities but allowing reclamation work to proceed.

5.      The parties agree to submit a joint status report within 21 days of this Proposed

Stipulated Order.

6.      The two-day hearing scheduled for May 20-21, 2026, should be vacated.

Dated: May 18, 2026

/s/ *Steven J. Gunn (with permission)*            ADAM R.F. GUSTAFSON
Steven J. Gunn                                    Principal Deputy Assistant Attorney General
1301 Hollin Street                                U.S. Department of Justice
St. Louis, MO 63135                               Environment & Natural Resources Division
Telephone: (314) 920-9129
Email: sjgunn@wustl.edu                           /s/  *Krystal-Rose Perez*
                                                  HAYLEY A. CARPENTER
*Attorney for Plaintiffs Cheyenne River Sioux Tribe,*   KRYSTAL-ROSE PEREZ
*Lower Brule Sioux Tribe, Oglala Sioux Tribe,*    Trial Attorneys (Carpenter: CA Bar No. 312611)
*and Yankton Sioux Tribe*                         (Perez: TX Bar No. 24105931)
                                                  Natural Resources Section
Mark C. Van Norman                                P.O. Box 7611
1711 Harmony Heights Lane, No. 101                Ben Franklin Station
Rapid City, SD 57702                              Washington, DC 20044
Telephone: (202) 262-8418                         (202) 598-3362 (Carpenter)
Email: mcvnconsulting@gmail.com                   (202) 532-3266 (Perez)
                                                  hayley.carpenter@usdoj.gov
*Attorney for Plaintiffs Cheyenne River Sioux Tribe,*   krystal-rose.perez@usdoj.gov
*Crow Creek Sioux Tribe, Lower Brule Sioux Tribe,*
*Santee Sioux Tribe, Sisseton-Wahpeton Oyate,*    *Attorneys for Defendants*
*Spirit Lake Sioux Tribe, Standing Rock Sioux Tribe,*
*and Yankton Sioux Tribe*

IT IS SO ORDERED on this _____ day of May 2026

_____

**Honorable Camela C. Theeler**
**United States District Judge**